**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BRIAN L. BREESE**                                                                    **PLAINTIFF**
**# 203404**

**VS.**                              **3:23-CV-00210-BRW-JTK**

**SHAWNA PFEFFER**                                                        **DEFENDANT**


## <u>JUDGMENT</u>

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 8th day of December, 2023.


_____BILLY ROY WILSON_____
UNITED STATES DISTRICT JUDGE