**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BRIAN L. BREESE**                                                                **PLAINTIFF**
**# 203404**

**VS.**                                        **3:23-CV-00210-BRW-JTK**

**SHAWNA PFEFFER**                                                          **DEFENDANT**


### JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 8th day of December, 2023.


                                          _____BILLY ROY WILSON_____
                                          UNITED STATES DISTRICT JUDGE